[No. 48823-6-I. Division One. September 9, 2002.]

INDRASANTI SANTOSA, *Respondent*, v. CHRYSLER CORPORATION, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 97-2-25547-3, Michael J. Fox, J., entered April 30 and June 4, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Baker and Kennedy, JJ.

[Nos. 49205-5-I; 49817-7-I. Division One. September 9, 2002.]

*In the Matter of the Marriage of* CYNTHIA L. BURRILL, *Appellant*, and DON R. BURRILL, *Respondent*.

Appeals from judgments of the Superior Court for King County, No. 99-3-06183-1, Patricia H. Clark, J., entered August 17 and December 7, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid and Schindler, JJ. Now published at 113 Wn. App. 863.

[No. 49256-0-I. Division One. September 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRIAN DANIEL SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04251-0, Carol A. Schapira, Michael S. Spearman, and Michael J. Trickey, JJ., entered September 21, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49406-6-I. Division One. September 9, 2002.]

LLOYD C. HERNDON, *Appellant*, v. THE CITY OF EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-03243-6, Joseph A. Thibodeau, J., entered September 18, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, A.C.J., and Kennedy, J.